14182. AMERICAN MILLS CO. *v.* PRUITT-BARRETT HARDWARE CO.

BLOODWORTH, J. The court did not err in directing a verdict for the defendant. " The mere fact that there are conflicts in the testimony does not render the direction of a verdict in favor of a party erroneous, when it appears that the conflicts are immaterial, and that, giving to the opposite party the benefit of the most favorable view of the evidence as a whole and of all legitimate inferences therefrom, the verdict against him is demanded." *Dorris* v. *Farmers & Merchants Bank,* 22 *Ga. App.* 514 (5), 518 (5) (96 S. E. 450), and citations.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED APRIL 11, 1923.

Complaint; from city court of Hall county — Judge Sloan. November 20, 1922.

. *J. O. Adams, B. P. Gaillard Jr.,* for plaintiff.

*C. N. Davie,* for defendant.